UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WILBERT K.A. TURNER,

                  Plaintiff,

  -v.-

AGENT JERMEY DELLAPIA et al.,

                  Defendants.

------------------------------------------------------------X

ORDER
18 Civ. 1973 (LTS) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The motion to stay discovery (Docket # 61) has not been opposed by any party and is granted with respect to all discovery pending Judge Swain's disposition of the pending motions to dismiss. The parties shall report to the Court within 14 days of issuance of Judge Swain's decisions on the motion to dismiss and discovery will resume at that time.

      SO ORDERED.

Dated: New York, New York
       December 13, 2019

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Wilbert K.A. Turner
25352-083
Metropolitan Correctional Center
150 Park Row
New York, NY 10007