UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

WILBERT K.A. TURNER,

    Plaintiff,

-v-                                        No. 18 CV 1973-LTS-GWG

AGENT JEREMY DELLAPIA et al.,

    Defendants.

------------------------------------------------------x

## Order

The court received the attached letter from pro se Plaintiff Wilbert K.A. Turner on January 8, 2020. The content of the letter will be considered in connection with the pending motion to dismiss Mr. Turner's complaint. With regard to his request for video surveillance footage, discovery issues will be addressed if the case continues after the motion to dismiss has been decided.

    SO ORDERED.

Dated: New York, New York
         January 10, 2020

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

Copy mailed to:
Wilbert K.A. Turner
25352-083
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

RECEIVED
JAN 08 2020
CHAMBERS
LAURA TAYLOR SWAIN

WILBERT TURNER
v
Jermey Dellapia

18 CV-1973 (LTS)(GWG)

~~Dear~~ Judge Swain

WHEN ATTORNEY ALEXANDER HOGAN Filed his MOTION TO DISMISS ON The behalf OF The defendants HE SENT ME A COPY OF The TESTIMONY by agent Dellapia and Gjelaj at the Suppression hearing March 11 2019. The prints was very small I've SINCE reproduce Those copies To bigger prints which I can clearly read.

I would Like to Hi-Light Several of The TESTIMONY OF both AGENTS by Pages and LINES. I'll START WITH AGENT Dellapia

Page 13 Dellapia - Direct Brumwell
LINE 3 AND 4+5. Gjelaj TESTIFY The Lady left IN a Hurry For WORK. How did she Show up AT The arrest POINT 2hrs AFTER The Search STARTed.

Dellapia - Cross - Vita
Page 22 Q 4&5 - A - 6    LINE 23 24 25.
PAGE 23 LINE 1 to 4
Dellapia Testify he KNEW Lived with a Girlfriend

Page 29 - LINES 10 - 13 Same Question different Format. Q by VITA. Did you have any INFormation prior To The Search as To who Would give THIS CONSEN To Search.
Dellapia, ANSWER, AGAIN, We weren't Sure WHO LIVED INSIDE.

Page 29 LINES 19-20.
Dellapia admitted not speaking to Gjelaj before he attempted to enter the apartment. However Gjelaj later testify he got the consent form Dellapia.

Page 32 LINES 6 to 13.
Dellapia admitted taking keys. Testify he don't remember who he gave the keys. He admitted giving a detective, he nor ~~Dellapia~~ Gjelaj have admitted to directly giving anyone the keys. Gjelaj testify more than 5 times Ms Hudson made a left turn out the building. Base on Gjelaj testimony we can ruled out Dellapia testimony that she showed up at the arrest location. The arrest location you would have to make a right then left and right again

Pages 41 Gjelaj Direct by Brumwell
Lines 9 + 10. Gjelaj state he was briefed ~~by~~ that his girlfriend lived in the apartment. by who? Dellapia testify two different directions ① Girlfriend lived there ② Not sure who lived there.

Pages. 43 LINES 8-21
When he 1st arrived at the door he explained this is the form to signed to give consent to search, however later he testify he realized he did not have the form and went back downstairs this was when Ms. Hudson got the opportunity and walked off without signing the form. She left for Staten Island with her son.

I'm asking the court as a pro se attorney to get the video survailance of the building 3550 Birona from 12 p.m. + 3 p.m in the front of the building from NYCHA

Thanks
WILBERT TURNER

WILBERT TURNER 25352-083
150 PARK ROW MCC
NY NY
10007

Judge L. Swain
c/o Pro Se Clerk
500 Pearl ST
NY NY
10001

10007-131659