UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

WILBERT K.A. TURNER,

        Plaintiff,

  -v-                                                    No. 18 CV 1973-LTS-GWG

AGENT JEREMY DELLAPIA et al.,

        Defendants.
--------------------------------------------------------x

ORDER

On January 22, 2020, the Court received a letter from pro se Plaintiff Wilbert K.A. Turner. (See Docket Entry No. 80.) In his letter, Mr. Turner requests the Court to verify Defendant Casey's signature on a form and ascertain the meaning behind a number beside the signature. As stated in the Court's Order dated January 10, 2020, discovery issues will be addressed if the case continues after the motion to dismiss has been decided. (See Docket Entry No. 79.) The Court will not entertain or respond to any further discovery requests before the motion to dismiss has been decided.

    SO ORDERED.

Dated: New York, New York
       January 23, 2020

                                                                         /s/ Laura Taylor Swain
                                                                       LAURA TAYLOR SWAIN
                                                                       United States District Judge

Copy mailed to:
Wilbert K.A. Turner
25352-083
Metropolitan Correctional Center
150 Park Row
New York, NY 10007