UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2020 NOV 20 PM 2: 34

WILBERT K. A TURNER

Write the full name of each plaintiff.

18 CV 1973

(Include case number if one has been assigned)

-against-

George Gyelaj, Erin Moore, Mark Carey, Christopher Kelly UNITEd STATES GovernmENT

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__WILBERT_____  __K_____  __TURNER_____
First Name              Middle Initial      Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__25352 - 083_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__M.C.C.   NEW   YORK_____
Current Place of Detention

__150   Park   Row_____
Institutional Address

__NY_____    __NY_____    __10007_____
County, City           State              Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

Defendant 2:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

Defendant 3:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

Defendant 4:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On Wednesday August 23RD 2017, Around midday I left 23550 Bivona Ave Apt 12F for a doctors Appointment. On reaching my car which was park on Marolla Ave and Boston Rd in the bronx, New York, I was Arrested by F.B.I. Agent Jeremy Dellapia by a warrant sign by federal magistrate Paul E. Davidson from The Southern district of New York.

Agent Dellapia took my keys and cellphone, with the presence of other unknown agents they search my car after opening the doors with the keys they took from the Plaintiff Wilbert Turner.

The agents then ask the Plaintiff permission to search Apartment which was about a 10 minute walk from location of arrest, I ask for the Search Warrant, They did not have a search warrant, they wanted my permission which I denied.

About 5 to 6 officers unknown walk across the street to the building where a visitor from Jamaica and her 10 year old son was staying in a room upon request of my Girlfried Bloughn S. Cox.

Page 4

The visitor known to me as Munchie, told me she heard the keys turning the locks. When she approach the door to pull the deadbolt, she ask "who was it?" The person behind the door in a whisper identify themself as Wilbert. When she remove the deadbolt the locks on the door was already open and the agents came in. The lady told the officers she was a visitor from Jamaica and she showed them the room that both her and her son was staying. She told them she could not

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Lost of Enjoyment of Life; violations of U.S.C.A. Const. Amend(s) 1, 4, 5, 6, 7, 9 &14; Illegal Search & Seizure, Fraud 18 USC. § 1001; Police Misconduct; Infliction of Emotional Distress; stress, duress, assault & battery; theft,

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like $500,000 to replace all the items which was taken from the apartment. My wedding pictures, family pictures of my kids from infant - to Adult - Grand kids can't be replace. Punitive damage of Ten million dollars ($10,000,000.00).

Continued From Cover Page

give them permission to Search the apartment. She showed them her passport, a valid Visiting Visa, and her travel Itenary.

At this Time she was seperated from her a son with a lady Agent Questioning her 10 year old son. This lady who is a close friend to my fianee could not have given the officers permission to enter my room because I Alone posses the Keys to my room which was Lock. I have no Knowledge of her having money, untill she told me the agents Tried to confiscate her money if she did not sign a peace of paper Although she produce a receipt of withdrawal from a bank in Jamaica.

This is a clear violation of the 4th Amendment " Unreasonable Search and Seizures.

C.I. I Known to Plaintiff as Eman Grant is included because he gave the Agent Dellapia The Address 3550 Birona, where he visited, eat, and stayed.

This lady Now Known to me As Elita Hudson left from the building that day and Eventually left the Country the following week During the ride to the Westchester County Federal field office I Agent Dellapia with my brown leather wallet, when I ask how did he get my wallet which was left on top of a mini refrigirator in my bedroom which was lock. I ask who gave them Authority to enter my place, he lied Saying the Agents did not enter the Apartment, it was NYPD

47th precint.

When Agent Dellapia took my Keys I knew their intentions was to illegally enter the Apartment I ask him to Lock my doors and give me my Keys, Enclose is a copy of Jail Intake property inventory as ~~Exhib~~ Exhibit.

After finally getting in contact with family members they went to the Apartment on the 30th Agust 2017, All my belongings was gone and the Apartment was Trash with Evidence of Someone cooking and eating chinese take out order.

The Apartment was 3 bedrooms, a Living Room Kitchen, bathroom.

The Signature which appears on the Consent form I can't verify it Maybe a Forge Signature, I've never seen the Lady before she was drop off at the Apartment by Taxi, There was 3 Bedroom, I use by Eman Grant who's now Identify in my criminal Complaint as CI. ONE.

The following Items was Taken from the Apartment 4 Flat Screen TV, 3 bed Room Sets, Living And Dining Room Set, Kitchen utensils, Pots, Pans 3 Blenders, 3 Microwave ovens, Dishes, Cups, Spoons, Falks, Dishes, 3 closets fill with Pants, Shirts Jackets, Shoes, Sneakers, barrels with my Guest belongings (Items unknown to me), bathroom Supplies, Rags, Towels, 1 Computer, 2 IPads, Stereo System, 3 Galaxy Phones 5, 6 + 7, 5 dress Suits, Assorted ties, Slippers, boxers, T-shirts

Assortment of Knicks memobilia including Patrick Ewing Bernard King, Allan Houston, Marcus Camby, John Starks and Charles Oakley Jersey, A Wrist Band autograph by Patrick Ewing worn in Game vs Pacers 1988. Giants T Shirts, Michael Strahan, Yankees memo Home Run Balls Hit by The Strawman & Tino Martinez, Jeter No 2 shirt minature Bat Autograph by Bernie Williams and Paul O'Neil Belts 2LV, 14 watches, 2 dozen Cologne, Jewelry, 14 watches, over 2,000, Photos Including Wedding photos 2 leather recliner Pictures of my brother and my mother who both died this year

ON This date November 11th 2020 I declare under the penalty of perjury that the foregoing is true and correct

Dated November 11th 2020

*[signature]*
WILBERT TURNER

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11·10·2020 | _(signature)_ |
|---|---|
| Dated | Plaintiff's Signature |

| WILBERT | K | TURNER |
|---|---|---|
| First Name | Middle Initial | Last Name |

150 PARK ROW  MCC
Prison Address

| NY | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 11/10/2020

Page 6

After Speaking to Edith Hudson on the day of my mother's funeral in Jamaica on my daughters phone who attended the funeral.

Mss Hudson told me the bald headed officer which is Gjelaj open the door with the keys, he opened my bedroom door and the safe with keys, she was crying he took her outside by the door, he photographed her Jamaican passport and her Jamaican voters Identification he told her to sign the form and life would be easier for her. While this conversation was going on the other officers ~~were~~ were searching the apartment.

While trying to convince Ms Hudson to signed the form he realised he did not have the form. Ms Hudson alleged he gave her the passport kept the voters ID, he left standing at the door with Erin Moore he left via the elevator with her voters ID Ms Moore step inside, she took the steps with her son and left the building via the Reeds Mill lane exit.

This is the reason their testimony was lies the court should get Gjelaj phone and match the signature on the voters identification. This is why Gjelaj used Karen Bernard to sign the form whom he saw in the hallway smoking. Ms Hudson did not signed the form it is a forged signature and Mark Carey was in the apartment when it was signed. He his a liar also

[signature] 11/19/20



This is a picture of my Brother being Lowered in his grave June 24th 2020 all my pictures of him is gone.

FP100506315J001#A3-43 E1-3820 08 07/27/
FreePrints.com




WILBERT TURNER 2635
150 PARK ROW  25352-083
NY, NY
10007

RECEIVED
SDNY PRO SE OFFICE
2020 NOV 20  PM 2:16

PRO SE Clerk
500 PEARL ST
NEW YORK, NY
10007

USMS
SDNY
LEGAL MAIL