UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WILBERT K.A. TURNER,                                         :

                                                             :
                            Plaintiff,                       :     ORDER PURSUANT
                                                             :     TO RULE 16(b)
        -v.-
                                                             :     18 Civ. 1973 (LTS) (GWG)

AGENT JEREMY DELLAPIA, et al.,

                            Defendants.                      :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

       The parties have been consulted with respect to the matters contained in this order in accordance with Rule 16(b) of the Federal Rules of Civil Procedure. It is hereby ORDERED as follows:

1. Each party must immediately inform the Court of any change in that party's address or telephone number. If a party fails to do so, the case may be dismissed or a default entered.

2. All requests for documents and interrogatories shall be sent to the opposing party by April 29, 2021.

3. Responses to document requests are due May 28, 2021.

4. All discovery must be completed by July 29, 2021.

5. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any contention that a party has not responded properly to a discovery request must be brought to the Court's attention immediately and in accordance with the Court's Individual Practices. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

6. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judges.htm

7. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

8. Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

9. The Clerk is requested to mail a copy of this Order to plaintiff.

Dated: New York, New York
March 30, 2021

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge